Form 86 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ALBERT GURALNIK | ) | BK No.:   24-10166 |
| | ) | |
| | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Michael B. Slade |
| | ) | |
| Debtor(s) | ) | |
| KAPITUS SERVICING, INC. | ) | Adv. No.: 25-00110 |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| ALBERT GURALNIK | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**FINDINGS OF FACT AND LEGAL CONCLUSIONS AS TO DEFAULT JUDGMENT:**
**ALBERT GURALNIK**

This matter came on to be heard on the motion of Kapitus Servicing, Inc., plaintiff in this proceeding, for the entry of default and default judgment against Albert Guralnik, defendant in this proceeding; plaintiff provided due notice of this motion; the Court conducted a hearing on the motion and being advised in the premises, finds as follows:

A.   The District Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and this proceeding is properly referred to the Bankruptcy Court pursuant to 28 U.S.C. §157(a). This proceeding is a core proceeding pursuant to 11 U.S.C. §157(b)(2)(j).

B.   This court has personal jurisdiction over Albert Guralnik to adjudicate this proceeding;

C.   Albert Guralnik was timely served with the Clerk's summons and plaintiff's complaint in this proceeding;

D.   The time within which Albert Guralnik was to answer or otherwise plead in this proceeding has passed.

E.   Albert Guralnik has not filed any pleading or papers in response or answer to the complaint that the plaintiff filed in this proceeding or obtained any extension of time to do so.

Accordingly, this Court orders as follows:

1.   As against Albert Guralnik, the debt owed by him to Kapitus is non-dischargeable in the instant bankruptcy case, in any other proceeding under Title 11 to which this case may be converted, and in any future bankruptcy filed by or against Guralnik;

2.   As against Albert Guralnik, a judgement is entered declaring the entire debt owed by Defendant to Kapitus is nondischargeable pursuant to 11 U.S.C §523(a)(2)(A), 11 U.S.C. §523(a)(4),

Form 86 (20241101)

and 11 U.S.C. §523 (a)(6);

3. As against Albert Guralnik, the judgment for money damages is for $280,723.79, comprising $187,408.00 in principal, $46,086.97 in accrued interest, and attorneys' fees and costs of $47,228.82 to date, plus attorneys' fees and costs associated with collecting on this judgment pursuant to Section 3.3 of the parties' underlying agreement (Doc. No. 1, Complaint, Ex. A, Agreement, p.9, Section 3.3), plus any post-judgment interest that is allowable under applicable law;

4. Pursuant to Fed. R. Civ. P. 54(b), made applicable to this proceeding by Fed. R. Bankr. P. 7054, that there is no just reason to delay enforcement or appeal of this Order or of the Default Judgment to be entered.

Enter:

United States Bankruptcy Judge

Dated:    July 28, 2025

**Prepared by:**

Susan Valentine (ARDC No. 6196269)
Sandy L. Morris (ARDC No. 6270309)
Attorneys for Kapitus Servicing, Inc.
Valentine Austriaco & Bueschel P.C.
300 East Randolph, Suite 3400
Chicago, IL 60601
Phone: (312) 238-8285
svalentine@vablawfirm.com
smorris@vablawfirm.com